IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEQUOIA ORANGE COMPANY, INC., | 1:13-cv-01299 AWI MJS |
| Plaintiff, | **VOLUNTARY DISMISSAL OF ACTION** |
| v. | **(ECF No. 8)** |
| FRUIT PATCH INC., et al., | |
| Defendants. | |

Sequoia Orange Company, Inc. ("Plaintiff") asserted Defendants unlawfully infringed on its "Sequoia" trademark. (Compl., ECF No. 1.) The action was initiated on August 15, 2013. (ECF No. 1.) On September 17, 2013, Plaintiff filed a notice with the Court asking that the action be voluntarily dismissed with prejudice. (ECF No. 8.)

Under Federal Rule of Civil Procedure 41(a)(1)(A), a plaintiff may dismiss an action without a court order by filing a notice of dismissal. Accordingly, pursuant to Fed. R. Civ. P. 41, this action is hereby DISMISSED with prejudice.

IT IS SO ORDERED.

Dated:   October 30, 2013          /s/ *Michael J. Seng*

UNITED STATES MAGISTRATE JUDGE

1